COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-329-CV

MARTIN BARNES, MAXIE GABLE,
 
APPELLANTS

AND GEORGE PERSLEY

V.

BNSF RAILWAY COMPANY
 APPELLEE

 
 

----------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Amended Motion To Dismiss.”  Although appellee BNSF Railway Company opposes appellants’ motion, appellee has not filed a notice of appeal.  
See
 Tex. R. App. P. 25.1(c).  Accordingly, it is the court’s opinion that “Appellants’ Amended Motion To Dismiss” should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  February 25, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.